Konrad M. Rasmussen, Esq. (SBN 157030)
Brett L. Cirincione, Esq. (SBN 330807)
Michael D. Alvarez, Esq. (SBN 362066)
McCORMICK, MITCHELL & RASMUSSEN
8885 Rio San Diego Drive, Suite 227
San Diego, CA 92108
Tel: (619) 235-8444
Fax: (619) 294-8447

Attorneys for Defendants CITY OF EL CENTRO and WILLIAM F. YU

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA UREÑA, individually, and as successor in interest to MIKE JR JIMENEZ, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF EL CENTRO; WILLIAM F. YU, an individual; and DOES 1-15, inclusive,<br><br>Defendants. | Case No.: 3:26-CV-00101-JES-LR<br><br>**DEMAND FOR JURY TRIAL** |

PLEASE TAKE NOTICE that Defendants CITY OF EL CENTRO and WILLIAM F. YU hereby demand trial by jury in this action.

McCORMICK, MITCHELL & RASMUSSEN

Date: February 20, 2026

*/s/ Konrad M. Rasmussen*
Konrad M. Rasmussen
Attorneys for Defendants CITY OF EL CENTRO and WILLIAM F. YU