1  Konrad M. Rasmussen, Esq. (SBN 157030)
2  Brett L. Cirincione, Esq. (SBN 330807)
   Michael D. Alvarez, Esq. (SBN 362066)
3  McCORMICK, MITCHELL & RASMUSSEN
   8885 Rio San Diego Drive, Suite 227
4  San Diego, CA 92108
5  Tel:  (619) 235-8444
   Fax: (619) 294-8447
6

7  Attorneys for Defendants CITY OF EL CENTRO and
   WILLIAM F. YU
8

9              **UNITED STATES DISTRICT COURT**

10

11             **SOUTHERN DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| 13  ALMA UREÑA, individually, and as successor in interest to MIKE JR JIMENEZ, deceased,<br><br>15              Plaintiffs,<br><br>16<br>17  vs.<br><br>18  CITY OF EL CENTRO; WILLIAM F. YU, an individual; and DOES 1-19  15, inclusive,<br><br>20              Defendants. | Case No.: 3:26-CV-00101-JES-LR<br><br>**PROOF OF SERVICE** |

22  I, Amber J. De La Rosa, the undersigned, declare as follows:

23       I am over the age of eighteen years and not a party to the case.  I am employed

24  in the County of San Diego, California, where the service occurs.  My business

25  address is 8885 Rio San Diego Drive, Suite 227, San Diego, CA 92108.

26       On **February 20, 2026,** I served the following documents:

27  **1.  CITY OF EL CENTRO'S ANSWER TO FIRST AMENDED COMPLAINT**

28  **2.  WILLIAM YU'S ANSWER TO FIRST AMENDED COMPLAINT**

- 1 -

PROOF OF SERVICE

**3. DEMAND FOR JURY TRIAL**

<u>Served on:</u>

Brett A. Greenfield
Falamak Abromson
818 Law Group, LLP
21031 Ventura Blvd, Suite 1101
Woodland Hills, CA 91364-2254
brett@818lawgroup.com
mak@818lawgroup.com

Donald G. Norris
Donald G. Norris, A Law Corporation
- 500 S. Grand Ave., 18th Floor
  Los Angeles, California 90071
- 600 Wilshire Blvd., Suite 890
  Los Angeles, CA 90017
Norris and Galanter
- 801 South Figueroa Street, Suite 1400
  Los Angeles, CA 90017-2573
dnorris@norgallaw.com
***Attorneys for Plaintiff, Alma Urena***

Service was effectuated as follows:

☒    ELECTRONIC SERVICE.  Complying with the Federal Rules of Civil Procedure 5 and 83, I caused such document(s) to be electronically served using the Court's Electronic Case Filing System.

☐    BY MAIL. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business pursuant to Code of Civil Procedure §1013a.

☐    BY FEDERAL EXPRESS STANDARD OVERNIGHT DELIVERY

☐    BY PERSONAL SERVICE

☐    BY E-MAIL

PROOF OF SERVICE

1    I declare under the penalty of perjury under the laws of the State of California

2 the above is true and correct.  Executed on the date indicated below, at San Diego,

3 California.

4

5 **Date: February 20, 2026**    _____
                                         Amber J. De La Rosa

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE