UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA UREÑA, individually, and as successor in interest to MIKE JR JIMENEZ, deceased,<br><br>                                    Plaintiff,<br><br>v.<br><br>CITY OF EL CENTRO, et al.,<br><br>                                    Defendants. | Case No.:  26cv101-JES(LR)<br><br>**ORDER GRANTING JOINT MOTION FOR PROTECTIVE ORDER WITH MODIFICATION**<br><br>**[ECF NO. 10]** |

On March 18, 2026, the parties filed a joint motion asking the Court to enter their Stipulated Protective Order.  (ECF No. 10.)  The Court has considered the Stipulated Protective Order and, for good cause shown, **GRANTS** the joint motion and enters the Stipulated Protective Order attached as Exhibit A to the parties' joint motion [ECF No. 10 at 5–15] with the following modification:

Paragraph 14.05 should read:

Filing Documents Under Seal.  To file a document under seal, the parties must comply with the procedures explained in Section 2.j of the Electronic Case Filing Administrative Policies and Procedures Manual for the United States District Court for the Southern District of California and Civil Local Rule 79.2. In addition, a party must

1

file a redacted version of any document that it seeks to file under seal. In the redacted version, the party may redact only information that is deemed "Confidential." The party should file the redacted document(s) simultaneously with a joint motion or ex parte application requesting that the confidential portions of the document(s) be filed under seal and setting forth good cause for the request.

**IT IS SO ORDERED**.

Dated:  March 20, 2026

_____
Honorable Lupe Rodriguez, Jr.
United States Magistrate Judge

26cv101-JES(LR)