UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA UREÑA, individually, and as successor in interest to MIKE JR JIMENEZ, deceased,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF EL CENTRO, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.:  26cv101-JES(LR)<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

On June 25, 2026, the Court held a telephonic attorneys-only Case Management Conference.  (See ECF No. 22.)  Pursuant to the discussions with counsel for the parties during the conference, the Court sets a telephonic attorneys-only Case Management Conference for **August 11, 2026**, at **9:30 a.m.**  Plaintiff's counsel is to arrange and initiate the conference call.  The telephone number for Judge Rodriguez's chambers is (760) 339–4250.

/ / /

/ / /

/ / /

/ / /

1

The parties are reminded that per the terms of the Scheduling Order Regulating Discovery and Other Pre-trial Proceedings ("Scheduling Order"), Plaintiff's counsel is required to serve a copy of the Scheduling Order on "all parties" that entered the case after the order was issued.  (See ECF No. 13 at 7.)

**IT IS SO ORDERED**.

Dated:  June 25, 2026

Honorable Lupe Rodriguez, Jr.
United States Magistrate Judge

26cv101-JES(LR)